UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-MJ-8489-BER
CASE NO. 22-MJ-8533-BER
CASE NO. 22-MJ-8534-BER
CASE NO. 22-MJ-8547-BER
CASE NO. 22-MJ-8548-BER
CASE NO. 22-MJ-8549-BER
CASE NO. 22-MJ-8550-BER

IN RE SEALED SEARCH WARRANT

_____/

**UNITED STATES' NOTICE OF FILING**

Pursuant to the Court's Omnibus Order of August 23, 2023, the United States of America hereby provides notice of the filing of the attached partially redacted search warrant materials in the form approved by the Court in the Omnibus Order.

Date: August 28, 2023

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

ELIZABETH J. SHAPIRO
Deputy Director
Civil Division, Federal Programs Branch

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Senior Trial Counsel (D.C. Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Tel.: (202) 305-0727
Email: Leslie.Vigen@usdoj.gov

*Counsel for United States*